PHILIP W. WRENN et al., Respondents, *v.* JULIUS MOSKIN, Appellant, Impleaded with Another.

(Submitted March 13, 1933; decided March 15, 1933.)

*James S. Hays* for motion.

No one opposed.

Motion for substitution and to perfect appeal denied and appeal dismissed on the ground that the appeal does not lie to this court.   (See 261 N. Y. 695.)